## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

    v.                               Criminal No. 09-cr-95-01-SM

<u>Ramie Marston</u>

### **O R D E R**

Defendant appeared for a bail revocation hearing pursuant to 18 U.S.C. § 3148.  In what amounts to a continuation of her crimes, defendant violated her bail conditions by defrauding her employer in use of his credit card, checks and debit card, used his personal identification cards and incurred new credit charges without permission of the probation officer, all within days of bail being set.  I find she violated her bail conditions and that the defendant is unlikely to abide by any condition or combination of conditions.  The conditions of release are revoked.

Accordingly, it is **<u>ORDERED</u>** that the defendant be detained pending trial.

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody

pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**SO ORDERED.**

_____
James R. Muirhead
United States Magistrate Judge

Date: September 28, 2009

cc:   William E. Christie, Esq.
      Marcie E. Vaughan, Esq.
      Alfred J.T. Rubega, Esq.
      U.S. Marshal
      U.S. Probation