UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>United States</u>

  v.            Case No. 09-cr-95-01-SM

<u>Ramie Marston</u>

ORDER

 Re: Document No. 84, Motion for Return of Property

 Ruling: Granted.  On March 23, 2010, the government represented (docket no. 24) that the Postal Inspection Service was in possession of property belonging to the defendant that was of no evidentiary value, and that the government was in the process of obtaining the property and returning it to defendant's counsel.  Defendant's earlier motion for return of property was granted to the extent the government represented that return was imminent.  The government now says it is unaware of that order (though it is of record) and is making new inquiries and expects to return whatever property it has.  The current motion is also granted, with the expectation that defendant's property will be returned to her.

Date:  April 22, 2013

                _____
                Steven J. McAuliffe
                United States District Judge

cc:  Alfred Rubega, AUSA
   Ramie Marston, pro se